# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Heather Mellichamp and John Morgan, individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Get Together, Inc., a Delaware Corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:18-cv-1495-ORL-31-DCI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Get Together, Inc.,
c/o Abraham Shafi, Registered Agent
301 Bryant St. #201, San Francisco, CA, 94107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacob Phillips
Normand PLLC
3165 McCrory Place, Ste. 175
Orlando, FL, 32803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/12/18

*Signature of Clerk or Deputy Clerk*